**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re:<br>CHARLES ALLEN ARNOLD<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 07-18751-SBB<br><br>Chapter 11 |
| In Re:<br>QUANTIC RESEARCH SYSTEMS, INC.<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 07-18784-SBB<br><br>Chapter 11<br><br><br>Joint Admin No. 07-18751-SBB |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE PURSUANT TO RULE 2002**

PLEASE TAKE NOTICE THAT the law firm of ALLEN & VELLONE, P.C. has entered its appearance for HENDRICKS HOLDING COMPANY, INC., a creditor of the debtor(s), to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing, and/or report in this matter, including, but not limited to, notices required pursuant to Bankruptcy Rule 2002, and any and all Local Rules of the Bankruptcy Court, District of Colorado, upon the undersigned at the address below.

DATED this 31st day of August, 2007.

Respectfully submitted,

*s/Patrick D. Vellone*
Patrick D. Vellone
Mark A. Larson
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499
pvellone@allen-vellone.com
mlarson@allen-vellone.com

ATTORNEYS FOR HENDRICKS HOLDING COMPANY, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeffrey Weinman, Esq.
William A. Richey, Esq.
WEINMAN & ASSOCIATES, P.C.
730 17th Street, Ste. 240
Denver, CO 80202
lkraai@weinmanpc.com

Harvey Sender, Esq.
Kenneth J. Buechler, Esq.
SENDER & WASSERMAN, P.C.
1999 Broadway, Ste. 2305
Denver, CO 80202
Sendertrustee@sendwass.com
Ken.Buechler@Sendwass.com

US Trustee
Paul Moss
Joanne C. Speirs
999 18th Street, Ste. 1551
Denver, CO 80202
USTPRegion19.DV.ECF@usdoj.gov
Paul.Moss@usdoj.gov
joanne.speirs@usdoj.gov

*s/Patrick D. Vellone*